CELIA THAW et al., Respondents, *v.* MORRIS SCHWARTZ et al., Appellants, et al., Defendants.

Argued October 17, 1951; decided December 6, 1951.

*John F. X Finn, Leo B. Mark* and *Benjamin Weiss* for appellants.

*Harry Malter* and *Howard P. Feinberg* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.